UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILLETTE SHELLER-PAIRE as Personal Representative for the Estate of Dante A. Paire,<br><br>   Plaintiff,<br><br>   v.<br><br>HONORABLE VINCENT GRAY, MAYOR FOR THE DISTRICT OF COLUMBIA, *et al.*,<br><br>   Defendants. | Civil Case No. 11-1043 (RJL) |

**ORDER AND FINAL JUDGMENT**
(August 27, 2012)

For the reasons stated in the accompanying Memorandum Opinion, it is this 27th day of August 2012,

ORDERED that defendants' Motion to Dismiss the Complaint [Dkt. #4] is GRANTED; and it is further

ORDERED that judgment is entered for the defendants. This is a final appealable order.

*/s/ Richard J. Leon*
RICHARD J. LEON
United States District Judge

1