UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILLETTE SHELLER-PAIRE as Personal Representative for the Estate of Dante A. Paire,<br><br>        Plaintiff,<br><br>        v.<br><br>HONORABLE VINCENT GRAY, MAYOR FOR THE DISTRICT OF COLUMBIA, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 11-1043 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER AND FINAL JUDGMENT**
(August 27, 2012)

For the reasons stated in the accompanying Memorandum Opinion, it is this 27th day of August 2012,

**ORDERED** that defendants' Motion to Dismiss the Complaint [Dkt. #4] is **GRANTED**; and it is further

**ORDERED** that judgment is entered for the defendants. This is a final appealable order.

_____
RICHARD J. LEON
United States District Judge

1